IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LESLIE MICHALLE CLARK                                                             PLAINTIFF

v.                                   NO.  4:09cv00451 JLH

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                           DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, this case is hereby reversed and remanded for action consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment shall be entered accordingly.

IT IS SO ORDERED this 20th day of May, 2010.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE