IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LESLIE MICHALLE CLARK                                                            PLAINTIFF

v.                                         NO. 4:09cv00451 JLH

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Order entered this date.

This case is hereby reversed and remanded for action consistent with the Court's opinion.

This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 20th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE