IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LESLIE MICHALLE CLARK                                                                      PLAINTIFF

v.                                              No. 4:09CV00451 JLH

MICHAEL J. ASTRUE, Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                    DEFENDANT

## ORDER

Without objection, the plaintiff's application for attorneys' fees under the Equal Access to Justice Act is GRANTED. Document #15. Fees are awarded in the amount of $5,153.34.

IT IS SO ORDERED this 7th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE